**Pauline IM; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 05–70027.

United States Court of Appeals, Ninth Circuit.

June 19, 2009.

Emmanuel Eke Enyinwa, Esquire, Law Office of Emmanuel Enyinwa, San Francisco, CA, for Petitioners.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Blair O'Connor, Assistant Director, OIL, Donald E. Keener, Esquire, DOJ–U.S. Department of Justice Civil Division/Office of Immigration, Washington, DC, for Respondent.

Before: B. FLETCHER, SILER,* and HAWKINS, Circuit Judges.

ORDER

The pending petition for rehearing en banc is DISMISSED as moot in light of the simultaneous filing of a memorandum disposition replacing the previously withdrawn opinion in this matter. The parties may file new petitions as to the memorandum disposition for rehearing or rehearing en banc in accordance with the Federal Rules of Appellate Procedure.